■ In the Matter of the Intermediate Accounting of HANOVER BANK, as a Trustee of a Trust Created by ALBERT L. DEANE, Appellant. In the Matter of the Construction of the Will of CLAIRE DEANE, Deceased; LYTTLETON DEANE et al., Appellants; LYTTLETON N. DEANE, an Infant, by His Guardian ad Litem, MALCOLM WILSON, Respondent.— Proceeding to settle an intermediate account of a trustee of an *inter vivos* trust and to determine whether the will of a donee of a power of appointment constituted an exercise of the power. The agreement creating the trust provided that the income was to be paid to Claire Courteol Deane for her life and on her death to the grantor of the trust, Albert L. Deane, for his life, if he survived her, gave her a power to appoint by will the persons to whom the principal was to be paid on the death of the income beneficiaries, and named the persons to whom the principal was to be paid if the power was not exercised. The trustee, and Lyttleton Deane and Ouida Courteol Ford, alternate beneficiaries to take principal, appeal from the order settling the account insofar as it construes the will to have constituted an exercise of the power. Order, insofar as appealed from, unanimously affirmed, with costs to all parties filing separate briefs, payable out of the trust. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Construction of the Will of ALVIN E. IVIE, Deceased. WILLIAM A. HYMAN, as Special Guardian for ANTHONY BIJOU and Others, Infants, Appellant; GLADYS I. MILLER et al., as Executors of ALVIN E. IVIE, Deceased, and as Administrators of the Estate of HENRIETTA IVIE, Deceased, et al., Respondents.— Appeal from a decree of the Surrogate's Court, Kings County, construing article Second of the testator's will as valid. Decree unanimously affirmed, with costs to all parties filing separate briefs, payable out of the estate. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ SAM LA GIUDICE et al., Respondents, v. JANIS LAPSA, Appellant, et al., Defendant.— In a consolidated action to recover damages for injuries to person and property, the appeal is from a judgment, entered after trial before the court without a jury, in favor of respondents against appellant. Judgment unanimously affirmed, with costs. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.